NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM E. DYSON, III,**
*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent*

---

2015-3076

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-13-1235-I-1.

---

**JUDGMENT**

---

WINDELL W. THOMAS, Fabayo & Associates, LLC, Silver Spring, MD, argued for petitioner.

ERIN MURDOCK-PARK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN, SOSUN BAE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 12, 2016 | /s/ Daniel E. O'Toole |
|:---:|:---:|
| Date | Daniel E. O'Toole |
| | Clerk of Court |